UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KAREN ROBERTS, and FRANK ROBERTS,<br><br>       Plaintiffs,<br>v.<br><br>CITY OF NEW HAVEN, FRANCISCO ORTIZ, JAMIE SANCHEZ, ROBERT MATURO, TYSON, THADDEUS REDDISH, ROBERT STRICKLAND, and KAY CODDISH,<br><br>       Defendants. | 3: 08 - CV - 670 (CSH) |

**ORDER**

HAIGHT, Senior District Judge:

      Having considered the most recent correspondence of counsel (Radshaw letter dated June 8, 2010, Burke letter dated June 8, 2010), it is apparent that both parties contributed to the delay in this case: plaintiff's counsel for not pressing earlier for depositions and moving to compel document production by defendant City of New Haven, and defendant's counsel for not ensuring prompt production of defendant's documents.

      In these circumstances, the Court directs that all discovery be completed by July 16, 2010. No further extensions will be granted. The question of a Rule 56(f) affidavit on behalf of plaintiff does not arise, because this additional time is sufficient to allow all discovery to be completed.

      Plaintiff is directed to file and serve responsive papers to defendants' pending motions

for summary judgment (Doc. #29 & 32) on or before July 30, 2010.  Defendants may, if so advised, file and serve reply papers on or before August 6, 2010.  If the Court desires oral argument, counsel will be advised.

       It is SO ORDERED.

Dated: New Haven, Connecticut
       June 18, 2010

                                   */s/ Charles S. Haight, Jr.*
                                   Charles S. Haight, Jr.
                                   Senior United States District Judge